## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                    No. 4:15CR00215-01 JLH

SHONDA A. HOSKINS                                                                     DEFENDANT

### ORDER

Pending before the Court is the defendant's unopposed motion to continue the sentencing hearing currently set for Tuesday, March 29, 2016. The motion is GRANTED. Document #24.

The sentencing hearing for defendant Shonda A. Hoskins is hereby rescheduled for **TUESDAY, APRIL 12, 2016, at 1:00 P.M.,** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 22nd day of March, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE