**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                              No. 4:15CR00215 JLH

SHONDA A. HOSKINS                                                                                  DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the motion of Shonda A. Hoskins to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 is DENIED. No certificate of appealability will be issued.

IT IS SO ORDERED this 30th day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE